**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

SAB CONSTRUCTION, INC., )
)
Plaintiff, )
) No. 02-1952
v. )
) (Judge Firestone)
THE UNITED STATES, )
)
Defendant. )

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including May 22, 2003, within which to file our response to plaintiff's complaint in this case. Our response is currently due on April 22, 2003. This is our second request for an enlargement of time for this purpose. Defendant previously requested and received an enlargement of time of 60 days to respond to the complaint. Counsel for plaintiff informed counsel for the United States that plaintiff does not oppose this motion.

Upon receipt of plaintiff's complaint, we immediately sent the complaint to the United States Department of the Air Force ("Air Force") with a request that they provide us with a litigation report as required by 28 U.S.C. § 520. Upon receiving our request, counsel for the Air Force immediately requested the pertinent contract documents from the contracting officer. However, counsel for the Air Force has not yet completed the litigation report. Counsel for Air Force will continue to prepare

the litigation report for this case, and will forward it to defendant's counsel as soon as possible. Defendant's counsel will then prepare our response to plaintiff's complaint in as expeditious a manner as possible.

For these reasons, we respectfully request that the Court grant our motion for a 30-day enlargement of time.

Respectfully submitted,

ROBERT D. McCALLUM JR
Assistant Attorney General

DAVID M. COHEN
Director

s/
DONALD E. KINNER
Assistant Director

s/
JOSEPH TRAUTWEIN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-7971
Fax: (202) 307-0494
Attorneys for Defendant

April 22, 2003